**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Reginald HOLSEY, a.k.a. Cornbread, a.k.a. CB, Defendant–Appellant.**

No. 10–10502
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 17, 2010.

Anne R. Schultz, Brian Dobbins, Michael E. Gilfarb, Karen E. Moore, Kathleen M. Salyer, Jeffrey H. Sloman, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Reginald Holsey, Miami FDC, Philip Robert Horowitz, Law Office of Philip R. Horowitz, Esq., Miami, FL, for Defendant–Appellant.

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Phillip Horowitz, appointed counsel for Reginald Holsey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. The final judgment, however, contains a clerical error, in that it specifies that Holsey's conviction on Count Eleven is for conspiracy to possess with intent to distribute cocaine, instead of cocaine base. Therefore, we **REMAND IN PART WITH INSTRUCTIONS** to correct the clerical error on the final judgment. In all other respects, however, independent examination of the entire record reveals no arguable issues of merit. Counsel's motion to withdraw is therefore **GRANTED,** and Holsey's convictions and sentences are **AFFIRMED.**